No. 1352, Misc.   JACKSON *v.* DISTRICT COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT. Motion for leave to file petition for writ of mandamus denied.

No. 668.   FEDERAL TRADE COMMISSION *v.* FLOTILL PRODUCTS, INC., ET AL.   C. A. 9th Cir.   Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro* and *James McI. Henderson* for petitioner.  *William Simon, John Bodner, Jr.,* and *Jefferson E. Peyser* for respondents.

No. 1070.   BLOOM *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari granted. *Anthony Bradley Eben* for petitioner. *Edward J. Hladis* for respondent.

No. 1141, Misc.   HARRIS *v.* UNITED STATES.   C. A. D. C. Cir.   Motion for leave to proceed *in forma pauperis* and certiorari granted.  Case transferred to appellate docket. *Paul H. Weinstein* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1097.   MOODY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied. *Lucius E. Burch, Jr.,* and *Tom Mitchell, Jr.,* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.